UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS LOCAL UNION NO. 16 PENSION PLAN, et al., | * * * |
| and | * * |
| BRIDGE, STRUCTURAL & ORNAMENTAL IRONWORKERS, LOCAL UNION NO. 16 | * * * * |
| Plaintiffs, | * * |
| v. | * CIVIL ACTION NO.: JFM01-0084 |
| | * |
| D & A CONTRACTING, INC. | * * |
| Defendant. | * |

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _April 2, 2001_ as to the Defendant D & A Contracting, Inc. was properly served on February 17, 2001 and for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; therefore, it is this _3rd_ day of _April_, 2001 by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED that judgment by default be and the same is entered in favor of Plaintiffs Trustees of the Ironworkers Local Union No. 16 Pension Plan, Ironworkers Local Union No. 16 Health Fund, Ironworkers Local No. 16 Apprentice Fund (hereinafter "Ironworkers Funds"), and Bridge, Structural & Ornamental Ironworkers Local Union No. 16 (hereinafter "Local 16") against Defendant D & A Contracting, Inc. for the total sum of $137,473.98 which consists of $92,186.84 in contributions and dues assessment for the months of March 1999 and May 2000 through February 2001, $28,139.10 for liquidated damages and interest on late paid contributions for the months of December 1997, January 1998, April 1998 through February 1999 and April 1999 through April 2000, $10,718.68 for liquidated damages for the

months of March 1999 and May 2000 through February 2001 on unpaid contributions, $5,465.49 in interest from date due through date of payment or April 10, 20001, and interest will continue to accrue on all unpaid contributions at a rate of 12% per annum from April 10, 2001 through date of payment at the rate of 12% per annum until all unpaid contributions are paid in full, costs in the amount of $279.37 and attorneys' fees in the amount of $684.50 payable to the Ironworkers Funds.

/s/ J. Frederick Motz
J. Frederick Motz, JUDGE
UNITED STATES DISTRICT COURT

cc: Francis J. Martorana, Esq.
    Dinah S. Leventhal, Esq.
    O'Donoghue & O'Donoghue
    4748 Wisconsin Avenue, N.W.
    Washington, DC  20016

    Darlene Shinaberry
    Registered Agent and President
    D & A Contracting, Inc.
    39 Picadilly Court
    Colora, MD  21917

APP 3