FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 NOV -7  A 11: 37

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

TRUSTEES OF THE IRON WORKERS    *
LOCAL UNION NO. 16 PENSION    *
PLAN, ET AL.    *
   *
v.    *   Civil No. JFM-01-84
   *
D & A CONTRACTING, INC.    *
***** 

## MEMORANDUM

On April 2, 2001, the Clerk of the Court entered an order of default against defendant and on April 3, 2001, this court entered a judgment by default. On May 1, 2001, defendant filed a motion to vacate order of default.

In its motion the only ground asserted by defendant for not having filed a timely response to the complaint was that it had not theretofore been represented by counsel. That alone does not establish "excusable neglect" since defendant has alleged no facts justifying its not having retained counsel. Moreover, defendant has not shown that it has a meritorious defense. Accordingly, defendant's motion will be denied.

Date: _____       _____
                          J. Frederick Motz
                          United States District Judge