IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| TRUSTEES OF THE IRON WORKERS | * |
|---|---|
| LOCAL UNION NO. 16 PENSION | * |
| PLAN, ET AL. | * |
| | * |
| v. | * Civil No. JFM-01-84 |
| | * |
| D & A CONTRACTING, INC. | * |

*****

### ORDER

For the reasons stated in the accompanying memorandum, it is, this 6th day of November 2001

ORDERED that defendant's motion to vacate order of default is denied.

J. Frederick Motz
United States District Judge

