IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE IRONWORKERS LOCAL :
UNION NO. 16 PENSION PLAN, :
et al., :
 :
vs. : CASE NO. JFM 01-0084
 :
D & A CONTRACTING, INC. :
39 Picadilly Court :
Colora, MD 21236 :

REQUEST OF PLAINTIFFS FOR ISSUANCE OF
WRIT OF GARNISHMENT

MR. CLERK:

A final judgment was entered in the above entitled case on **April 3, 2001**. No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

Please issue a Writ of Garnishment to **County Banking & Trust Company, P.O. Box 100, Elkton, MD 21922.**

Amount presently due and owing: **$137,473.98 less payments and adjustments totaling $94,450.21 leaving a balance of $43,023.77, plus interest at the rate of 12% per annum from April 10, 2001 to date of payment.**

_____
Francis J. Martorana
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

5/26/04
DATE

FOR INFORMATION PURPOSES, PLEASE CHECK THE FOLLOWING: (1) THERE ARE NO PENDING MOTIONS FOR RECONSIDERATION; (2) MOTIONS TO VACATE; (3) THAT NO SUPERSEDEAS BOND HAS BEEN POSTED; (4) THAT THE JUDGMENT IS FINAL AS TO ALL PARTIES AND CLAIMS (RULE 54[b] F.R.Civ.P.); (5) THAT THERE IS NO "STAY OF EXECUTION" ON THE PENDING JUDGMENT; AND (6) THAT THE PROPERTY TO BE ATTACHED IS LOCATED WITHIN THE STATE OF MARYLAND.

SEE MARYLAND RULES FOR THE FOLLOWING:
    WRIT OF EXECUTION                       (2-641)
    WRIT OF GARNISHMENT                (2-645)
    WRIT OF GARNISHMENT ON WAGES    (2-646)