TRUSTEES OF THE IRONWORKERS
LOCAL UNION NO. 16 PENSION
PLAN, ET AL.

UNITED STATES DISTRICT COURT

Plaintiff

VS.

DISTRICT OF MARYLAND

D & a CONTRACTING, INC.

Defendant                    :    CIVIL NO. JFM 01-0084

FILED
LODGED        ENTER

JUN 23 2004

CLERK AT BALTIMORE
U.S. DISTRICT COURT
BY          DISTRICT OF MARYLAND
                    DEPUTY

## ANSWER OF GARNISHEE

Comes now County Banking & Trust Company, Garnishee, and in answer to the attachment states:

That it possesses the following assets in the name of the Defendant/Judgment Debtor, consisting of the following as of the 16th day of June, 2004.

No Assets

Dennis S. Clower, Attorney for Garnishee
226 East Main Street
Elkton, MD 21921
410 398 7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _22nd_ day of June, 2004, a copy of the foregoing Answer of Garnishee was mailed, postage prepaid to:

Francis J. Martorana, Esquire
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, NW
9 North Adams Street
Rockville, MD 20850
Attorney for Plaintiff/Judgment Creditor

D & A Contracting, Inc.
39 Piccadilly Court
Colora, MD 21917
Defendant/Debtor

Dennis S. Clower
Attorney for Garnishee