UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE IRONWORKERS LOCAL UNION NO. 16 PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> D & A CONTRACTING, INC., <br><br> Defendant, <br><br> COUNTY BANKING & TRUST COMPANY, <br><br> Garnishee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. JFM01-0084 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue LLP, move this Court to release the garnishment against Garnishee, County Banking & Trust Company in the instant case.

Garnishee has filed an answer to the garnishment dated June 22, 2004 indicating "no assets" are being held belonging to the Defendant.

Respectfully submitted,

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041

_____
Francis J. Martorana
MD Bar No. 05121

Attorneys for Plaintiffs

117969_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2004, copies of the foregoing Line of Release were mailed by first class mail, postage prepaid, to the following:

    D & A Contracting, Inc.
    39 Picadilly Court
    Colora, MD 21917

    Dennis S. Clower
    Attorney for Garnishee
    County Banking & Trust Company
    226 East Main Street
    Elkton, MD 21921

                                                 Francis J. Martorana

117969_1.DOC